**No. 42222.**—Protest 987839–G of Paul Hanson Co. (New York).

Opinion by KEEFE, J. It was stipulated that certain items consist of candlesticks and lamp bases composed of earthenware having a nonvitrified absorbent body, and decorated. The claim at 50 percent ad valorem and 10 cents per dozen pieces under paragraph 211 was therefore sustained.

**No. 42223.**—Protest 439363–G of Hart Hill Grain Co. (Los Angeles).

Opinion by KEEFE, J. In accordance with stipulation of counsel the claim for free entry under paragraph 1583 was sustained. *Wilbur-Ellis* v. *United States* (C. D. 153) followed.

**No. 42224.**—Protests 431973–G, etc., of Geo. S. Bush & Co., Inc., et al. (Seattle).

Opinion by KEEFE, J. In accordance with stipulation of counsel the claim for free entry under paragraph 1583 was sustained. *Wilbur-Ellis* v. *United States* (C. D. 153) followed.

**No. 42225.**—Protests 970706–G, etc., of Frank Mosca, Inc., et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of Abstract 40880 the protests were sustained.

**No. 42226.**—Protests 971729–G, etc., of D. Kelman et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of Abstract 40880 the protests were sustained.

**No. 42227.**—Protests 977189–G, etc., of Frank Alfano et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of Abstract 40880 the protests were sustained.

**No. 42228.**—Protests 979665–G, etc., of Parisi Bros., Inc., et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of Abstract 40880 the protests were sustained.